# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AARON J. RABIN | ) Case No. 8:11-cv-01294-CJC(ANx) |
|---|---|
| Plaintiff, | ) **ORDER TO DISMISS CASE WITH PREJUDICE** |
| v. | ) |
| DEXIS, LLC, a foreign corporation, AARON DECORTE, an individual, BRYCE SERVINE, SR., an individual, SHAWNTE P. JONES, an individual, and DOES 1 through 100, inclusive, | ) Judge:  Hon. Cormac J. Carney<br>) Courtroom: 9<br>)<br>) Complaint Filed: July 15, 2011<br>) Trial Date:  December 4, 2012 |
| Defendants. | ) |

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice filed on July 18, 2012, and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE.

IT IS SO ORDERED.

Dated: <u>July 19</u>, 2012

_____
The Honorable Cormac J. Carney
United States District Court Judge